No. 190.  HERRMANN, TRUSTEE, *v.* ROGERS, ATTORNEY GENERAL.  C. A. 9th Cir.  Certiorari denied.  *Philip E. Peterson* for petitioner.  *Solicitor General Rankin* and *Assistant Attorney General Townsend* for respondent.

No. 191.  GIRARDI *v.* LIPSETT, INC., ET AL.  C. A. 3d Cir.  Certiorari denied.  *B. Nathaniel Richter, Charles A. Lord* and *Seymour I. Toll* for petitioner.  *Michael A. Foley* for Lipsett, Inc., respondent.

No. 192.  LADD *v.* NEW YORK CENTRAL RAILROAD CO.  Supreme Court of Ohio.  Certiorari denied.  *Charles H. Brady* and *A. E. Simmons* for petitioner.  *Milo J. Warner* and *Wesley A. Wilkinson* for respondent.

No. 173.  HOON *v.* HARMER STEEL PRODUCTS & SUPPLY CO. ET AL.  C. A. 9th Cir.  Certiorari denied.  *Nathaniel S. Ruvell* for petitioner.  *Thomas L. Morrow, John F. McCarthy* and *Robert A. Leedy* for respondents.

No. 188.  SEABOARD SURETY CO. *v.* WESTWOOD LAKE, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.  *James A. Dixon* for petitioner.  *Samuel J. Kanner* for American Cast Iron Pipe Co., respondent.

No. 195.  INDIAN TOWING CO., INC., ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *Richard B. Montgomery, Jr.* for petitioners.  *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for the United States.